ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

The Doe Run Resources Corporation d/b/a The Doe Run Company

V.

BHL Resources Limited Inc., and John Does 1-5

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1956**

TO: (Name and address of Defendant)

BHL Resources Lmited Inc.
Edificio The Century Tower
Piso 16, Oficina 1621
Via Ricardo J. Alfaro
Apartado 87-4094, zona 7
Panama

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua R. Weiss
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
212.504.6225 (t)
212.504.6000 (f)
jweiss@cwt.com

an answer to the complaint which is served on you with this summons, within ___thirty (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  FEB 2 7 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 05/22/2008 |
| NAME OF SERVER (PRINT) GABRIEL A. MATOS N. | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/22/2008
Date

Signature of Server

Address of Server: MMG Tower, 16th floor, 53 E Street Marbella, Panama, Republic of Panama.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.