# CADWALADER



Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212-504-6000 Fax 212-504-6666
www.cadwalader.com

June 9, 2008

**BY HAND**

The Honorable William H. Pauley III
United States District Judge
500 Pearl Street
Room 2210
New York, NY 10007

**MEMO ENDORSED**

Re:     *The Doe Run Resources Corp. v. BHL Resources, Ltd.*
        Index No. 1:08-cv-1956

Dear Judge Pauley:

We represent Plaintiff in the above-referenced action. Your Honor scheduled a Initial Case Management Conference for June 13, 2008. We write pursuant to Rule 1.E of your Individual Rules of Practice to request an adjournment of that conference.

Because the Defendant is located in Panama, we were unable to complete service on the Defendant in Panama until May 22, 2008. No counsel has yet filed a notice of appearance on behalf of Defendants and, thus, we have not had the opportunity to confer with opposing counsel regarding the preparation of a Fed. R. Civ. P. 26(f) report, and do not expect that any defense counsel will appear at the June 13, 2008 conference.

Accordingly, we respectfully request that the conference be adjourned to and rescheduled for July 11, 2008.

Respectfully Submitted,                          *Application granted*

                                                 SO ORDERED:

*[signature]*

Joshua R. Weiss                                  WILLIAM H. PAULEY III U.S.D.J.

JRW                                              6/23/08

*The conference shall be held at 12:15 p.m.*

Joshua R. Weiss  Tel 212 504 6225  Fax 212 504 6666  joshua.weiss@cwt.com
USActive 13098515.1