USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

# SHEARMAN & STERLING LLP
### Avocats au Barreau de Paris

114, AVENUE DES CHAMPS-ELYSÉES | 75008 PARIS

WWW.SHEARMAN.COM | T +33.1.53.89.70.00 | F +33.1.53.89.70.70 | TOQUE J006

June 23, 2008

BY HAND

The Honorable William H. Pauley III
Daniel Patrick Moynihan United
  States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007



MEMO ENDORSED
RECEIVED
JUN 24 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

### The Doe Run Resources Corporation d/b/a The Doe Run Company
### v. BHL Resources Limited Inc. and John Does 1-5
### No. 08-CIV-1956

Dear Judge Pauley:

We represent defendant BHL Resources Limited Inc. ("BHL") in this action. We respectfully request that BHL's time to answer or move with respect to the complaint in this matter be extended by three days, until Thursday, June 26, 2008. Plaintiffs' counsel has consented to this short extension, pending his ability to speak to his client regarding BHL's request for a longer extension of 30 days.

Very truly yours,

Mark S. McNeill

cc:   Joshua R. Weiss
      Cadwalader, Wickersham & Taft LLP
      One World Financial Center
      New York, New York 10281

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

6/27/08

ABU DHABI | BEIJING | BRUXELLES | DÜSSELDORF | FRANKFURT | HONG KONG | LONDRES | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPOUR | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING EST UN PARTNERSHIP A RESPONSABILITÉ LIMITÉE CONSTITUE AUX ETATS-UNIS D'AMERIQUE EN VERTU DES LOIS DE L'ETAT DU DELAWARE, CES LOIS LIMITANT LA RESPONSABILITE PERSONNELLE DES ASSOCIES.