USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DOE RUN RESOURCES )
CORPORATION D/B/A THE )
DOE RUN COMPANY, )
)
               Plaintiff )   [08 CV 1956] (with)
)
v. )
)
BHL RESOURCES LIMITED INC., )   STIPULATION AND
AND JOHN DOES 1-5 )   ORDER EXTENDING TIME
)
               Defendants )

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that the time of defendant BHL Resources Limited Inc. ("BHL") to answer, respond, or make any motion with respect to the complaint herein is extended by two weeks (in addition to a three day extension stipulated on July 23, 2008) until July 10, 2008. This stipulation is without prejudice to any claims or defenses of BHL.

DATED:     New York, New York
              June 26, 2008

SO ORDERED:

_____
PAULEY III U.S.D.J.

7/8/08

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Joshua R. Weiss (JW-9959)

One World Financial Center
New York, New York 10281
(212) 504 6225

Attorneys for Plaintiff

SHEARMAN & STERLING LLP

By: _____
Mark S. McNeill (MM-1030)

114 Avenue des Champs Elysées
75008 Paris
01 53 89 8186

Attorneys for Defendant BHL

So Ordered.

DATED:    New York, New York

_____
(date)

_____
U.S.D.J.

-2-

## SHEARMAN & STERLING LLP
Avocats au Barreau de Paris

114, AVENUE DES CHAMPS-ELYSÉES | 75008 PARIS
WWW.SHEARMAN.COM | T +33.1.53.89.70.00 | F +33.1.53.89.70.70 | TOQUE J005

June 26, 2008

**BY Email**

The Honorable William H. Pauley III
Daniel Patrick Moynihan United
 States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

> The Doe Run Resources Corporation d/b/a The Doe Run Company
> v. BHL Resources Limited Inc. and John Does 1-5
> No. 08-CIV-1956

Dear Judge Pauley:

    Enclosed please find a stipulation and draft order for a two-week extension for Defendant BHL Resources Limited Inc. to answer or move with respect to the complaint in this matter.

Very truly yours,

Mark S. McNeill

cc: Joshua R. Weiss
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281