```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
THE DOE RUN RESOURCES                                       :
CORPORATION D/B/A THE DOE RUN                               :
COMPANY,                                                    :    Civil Action No. 08 CV 1956
                                                            :
                                           Plaintiff,       :    STIPULATION AND
                                                            :    ORDER EXTENDING TIME
          v.                                                :
                                                            :
BHL RESOURCES LIMITED INC., and                             :
JOHN DOES 1-5,                                              :
                                                            :
                                           Defendant.       :
                                                            :
------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that the time of Defendant BHL Resources Limited Inc. ("BHL") to answer, respond, or make any motion with respect to the complaint herein is extended by one week to July 17, 2008. This stipulation is without prejudice to any claims or defenses of BHL.

DATED:       New York, New York
                July 9, 2008

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/11/08

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Joshua R. Weiss (JW-9959)

One World Financial Center
New York, New York 10281
(212) 504-6225

Attorneys for Plaintiff

SHEARMAN & STERLING LLP

By: _____
Mark S. McNeill (MM-1030)

114 Avenue des Champs-Elysées
75007 Paris
+33 (0)1 53 89 8186

Attorneys for Defendant BHL

So Ordered.

Dated:   New York, New York

_____
(date)

_____
U.S.D.J.