UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DOE RUN RESOURCES CORPORATION
D/B/A THE DOE RUN COMPANY,
                       Plaintiffs,

-V-

BHL RESOURCES LIMITED INC.,
& JOHN DOES 1-5,
                     Defendants.

**CERTIFICATE OF MAILING**

08 CV 1956 (WHP)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 17th day of July, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 27th day of February, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8515 6075 3998**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York  London  Charlotte  Washington  Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

July 16, 2008

**BY HAND**

J. Michael McMahon
Clerk of Court
United States District Court

---

**FedEx Express** — *International Air Waybill* — For FedEx services worldwide

**1 From**

- Date: (MM/DD/YY)
- Sender's FedEx Account Number: 0100-16037
- Sender's Name: Joshua R. Weiss
- Phone: 212-504-6255
- Company: Cadwalader Wickersham & Taft LLP
- Address: One World Financial Center
- City: New York
- State/Province: New York
- Country: U.S.A.
- ZIP/Postal Code: 10281

**2 To**

- Recipient's Name: (phone) 001.507.260.3901
- Company: BHL Resources Limited Inc.
- Address: Edificio The Century Tower Piso 16
- Address: Oficino 1621, Via Ricardo J. Alfaro
- City: Apartado 87-4094
- State/Province: Zona 7
- Country: Panama

**3 Shipment Information**

**4 Express Package Service** — FedEx Intl. Priority

**5 Packaging**

**6 Special Handling**

**7a Payment** Bill transportation charges to:

**7b Payment** Bill duties and taxes to:

**8 Your Internal Billing Reference:** 91279.005

**9 Required Signature**

FedEx Tracking Number: 8515 6075 3998

Form ID No. 0402

PART 158410 • Rev. Date 1
©1994-2003 FedEx
PRINTED IN U.S.A.

500

Try online shipping at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2003 Federal Express Corporation

**Questions? Visit our Web site at fedex.com.**
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

Sender's Copy