UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DOE RUN RESOURCES CORPORATION
D/B/A THE DOE RUN COMPANY,
　　　　　　　　　Plaintiffs,

-V-

BHL RESOURCES LIMITED INC.,
& JOHN DOES 1-5,
　　　　　　　　　Defendants.

**CERTIFICATE OF MAILING**

08 CV 1956 (WHP)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17th day of July, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**27th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8515 6075 4001**

*[signature]*
CLERK

Dated: New York, NY

# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

July 16, 2008

**BY HAND**

J. Michael McMahon
Clerk of Court
United States District Court

---

**FedEx Express** — *International Air Waybill* — For FedEx services worldwide

**Sender's Copy**

**1 From**

- Date (MM/DD/YY):
- Sender's FedEx Account Number: 0100-16037
- Sender's Name: Joshua R. Weiss
- Phone: 212-504-6255
- Company: Cadwalader Wickersham & Taft LLP
- Address: One World Financial Center
- City: New York
- State/Province: New York
- Country: U.S.A.
- ZIP/Postal Code: 10281

**2 To**

- Recipient's Name: Hector de los Rios
- Phone: 001.511.617.1100
- Company: BHL
- Address: Calle Teruel 370
- Address: Miraflores
- City: Lima 18
- Country: Peru

**3 Shipment Information**

**4 Express Package Service**

**5 Packaging**

**6 Special Handling**

**7a Payment** — Bill transportation charges to:

**7b Payment** — Bill duties and taxes to:

**8 Your Internal Billing Reference**: 91279.005

**9 Required Signature**

FedEx Tracking Number: 8515 6075 4001

500
0402