UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

THE DOE RUN RESOURCES CORPORATION d/b/a THE DOE RUN COMPANY,

08-cv-1956

          Plaintiff,

-against-

BHL RESOURCES LIMITED, INC., and JOHN DOES 1-5,

          Defendants.

## STIPULATION AND ORDER

WHEREAS Defendant BHL Resources Limited, Inc. ("BHL") requested leave to file a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(c); and

WHEREAS Plaintiff requested leave to file a cross-motion pursuant to Fed. R. Civ. P. 4(f)(3), for an order allowing service of process by an alternative method; and

WHEREAS the Court held an initial conference on August 8, 2008, at which time it direct the parties to submit this stipulation.

IT IS STIPULATED AND AGREED by and among the undersigned counsel, subject to the approval of the Court, that:

1.    Plaintiff shall attempt to serve BHL with the summons and complaint in Panama, at the address listed in the contract at issue in this action, pursuant to the Inter-American Convention on Letters Rogatory (the "Convention").

2.    If, by November 10, 2008, such service has not yet been completed, the Court will hold a status conference, on a date to be determined by the Court, to discuss the filing of the parties' respective motions pursuant to Fed. R. Civ. P. 12(c) and Fed. R. Civ. P. 4(f)(3).

3. One week prior to such status conference, the parties shall submit status letters explaining the results of the efforts to serve the defendants in accordance with Paragraph 1, hereof and renew, if necessary, their respective requests to make the motions referenced in the first and second whereas clauses hereof.

4. By entering into this stipulation, BHL does not waive or compromise its right to argue that any service previously made was insufficient or ineffective.

5. By entering into this stipulation and by agreeing to make service pursuant to the Convention, Plaintiff does not concede that any service made on BHL to date is insufficient, ineffective or a basis for dismissal of the complaint.

6. During the period when Plaintiff is attempting to serve BHL pursuant to the Convention, and after November 10, 2008, the parties shall confer in an attempt to reach agreement on an acceptable method of service.

| CADWALADER, WICKERSHAM & TAFT LLP<br><br>By: /s/ Joshua R. Weiss<br>Joshua R. Weiss (JW-9959)<br><br>One World Financial Center<br>New York, New York 10281<br>(T) (212) 504-6000<br>(F) (212) 504-6666<br>Attorneys for Plaintiff<br>*The Doe Run Resources Company* | EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.<br><br>By: _____<br>Eric P. Heichel (EH-9940)<br><br>805 Third Avenue<br>New York, NY 10022<br>(T) (212) 752-1000<br>(F) (212) 355-4608<br>Attorneys for Defendant<br>*BHL Resources Limited, Inc.* |

**SO ORDERED:**

_____
U.S.D.J.
8/24/08

-2-

# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

## Facsimile

| From: | Fax: | Tel: |
|---|---|---|
| Joshua R. Weiss | 212 504 6666 | 212 504 6225 |
| | Pages: 3 | Date: 08/28/08 |

| For Immediate Delivery To: | Fax: | Tel: |
|---|---|---|
| **The Honorable William Pauley**<br>United States District Judge<br>**Attn: Justin** | 212.805.6390 | |
| **Eric P. Heichel, Esq.** | 212.355.4608 | |

**Message:**

Justin:

As requested, attached is a revised stipulation in connection with:

*The Doe Run Resources Corp. v. BHL Resources, Limited, Inc.*, 08-cv-1956

IRS Circular 230 Legend: Any advice contained herein was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties. Unless otherwise specifically indicated herein, you should assume that any statement herein relating to any U.S. federal, state, or local tax matter was written to support the promotion or marketing by other parties of the transaction(s) or matter(s) addressed herein. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If a reader of the facsimile message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original message to us at the address above.

Please call 212 993 2919 if there are transmission problems.